UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Brian Samuel Brown | ) CASE NO. 17-53993-LRC |
| | ) |
| | ) |
| DEBTOR. | ) |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtor has failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

3. The Debtor has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

4. The Debtor's Plan and Schedules fail to fully disclose information regarding the individual Domestic Support Obligation holder. The Debtor must provide the Chapter 13 Trustee with the name, address and telephone number for said individual. 11 U.S.C. Section 1302(d)(1)(A)(ii).

5. The Debtor has a $210.00 per month direct Domestic Support Obligation; prior to confirmation the Debtor must provide to the Trustee evidence that they have maintained all payments that have come due since the filing of the petition. 11 U.S.C. Sections 1307(c)(11) and 1325(a)(8).

6. In accordance with General Order No. 18-2015 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $2,800.00 per month employment income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

7. The Chapter 13 budget fails to include $100.00 per month expenses for probation; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6). Debtor testified the expense ends September 20, 2017

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

8. Pursuant to Debtor's testimony, the monthly deduction for rent is $0 not $600.00 as reflected on Schedule J, so that the Debtor has $600.00 in additional disposable income to contribute to the plan, in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

9. Pursuant to information received from the Internal Revenue Service, 2011, 2012, 2013, 2014, 2015, and 2016 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Brian Samuel Brown | ) | CASE NO.: 17-53993-LRC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

17-53993-LRC

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):
Brian Samuel Brown
3375 Centerville Hwy.
P.O. Box 392472
Snellville, GA 30039

DEBTOR(S) ATTORNEY:
King & King Law L.L.C
215 Pryor Street, SW
Atlanta, GA 30303

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Wednesday, April 26, 2017

/s/

Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450